USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/16/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP SULLIVAN JR *on behalf of himself
and all others similarly situated,*

                              Plaintiff,

                    v.

BARSTOOL SPORTS, INC.,

                              Defendant.

---

No. 17-CV-7457 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement in principle. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days. Any application to reopen this action must be filed within forty-five (45) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

The conference scheduled for February 2, 2018 is hereby adjourned *sine die*.

SO ORDERED.

Dated:    January 16, 2018
          New York, New York

_____
Ronnie Abrams
United States District Judge