Abrams, R.

```
┌─────────────────────────────────┐
│ USDC-SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED: 2/26/18.            │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP SULLIVAN JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARSTOOL SPORTS, INC.,<br><br>Defendant. | **STIPULATION OF NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Case No.: 1:17-cv-07457-RA |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Phillip Sullivan Jr., and counsel for the Defendant, Barstool Sports, Inc., that the parties have reached a confidential settlement agreement and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear his/its own attorneys' fees and costs.

_____
C.K. Lee

Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: (212) 465-1188
cklee@leelitigation.com

Dated: __2/26/18__
*Attorney for Plaintiff Phillip Sullivan Jr.*

SO ORDERED:

_____
Hon. Ronnie Abrams
2/26/18

_____
Gloria Franke Shaw

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: 310-788-4458
gloria.shaw@kattenlaw.com

Dated: __2-23-18__
*Attorney for Defendant Barstool Sports, Inc.*

tm